**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE GISELLE LÓPEZ-SOLER**

COURT REPORTER: Zoom.Gov
COURTROOM: OSJ Courtroom 6 (Hybrid Proceeding)

DATE: October 9, 2025
AUSA: Ryan McCabe

UNITED STATES OF AMERICA

*Plaintiff*

vs.

[1] JOSÉ REYES, a/k/a "José Reyes-Vilorio" and "José Reyes-Bilorio"
[2] ERIK CARELA-ÁGUILA

*Defendant(s)*

Return of Indictment by the Grand Jury
Criminal No. **25-cr-00422 (MAJ)**

Indictment was filed in open court.

**Arraignment to be set upon defendant's arrest**.

Case is assigned to Judge María Antongiorgi-Jordán.

**NEW CASE**:

☐ This Indictment supersedes Criminal Case No. _____.

☐ Defendant(s) **appeared** in magistrate case _____. Magistrate case merged and closed.

☐ Defendant(s) charged in magistrate case _____, but **not arrested**. Magistrate case merged and closed.

☒ Defendant(s) **not charged** in magistrate case.

☐ The Court granted the government's motion to seal.

☐ Defendant(s) is/are to remain on same bond.

☐ Defendant(s) is/are under custody. Marshal to produce defendant(s).

☒ Arrest warrant(s) to be issued.

☐ Summons to be issued.

***s/María Luz Díaz***
Courtroom Deputy Clerk