# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff,<br><br>v.<br><br>**[1] JOSÉ REYES (aka "José Reyes-Vilorio", and "José Reyes-Bilorio"); and<br>[2] ERIK CARELA-ÁGUILA,**<br>Defendants. | **CRIMINAL NO. 20-422 (MAJ)** |

## CERTIFICATE OF DEATH PENALTY CASE PURSUANT TO LOCAL RULE 144A(b)

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorney, respectfully states and prays as follows:

1. On October 9, 2025, the United States indicted the defendants, charging them with violations of 8 U.S.C. §§ 1324(a)(1)(A)(i), (v)(I), and (B)(iv) (conspiracy to bring in certain aliens resulting in death) (Count One); 8 U.S.C. §§ 1324(a)(1)(A)(i), (v)(II), and (B)(iv) (aiding and abetting, bringing certain aliens resulting in death) (Counts Two and Three); among other offenses. Upon conviction of the cited offenses, the maximum penalty is death.

2. Pursuant to Local Rule 144A(b), the Government hereby identifies the instant case as a capital case.

3. As of this filing, no decision has been made to pursue or not pursue the death penalty in this case.

WHEREFORE, the United States respectfully requests that this Honorable Court identify the instant criminal matter as a capital case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 14th day of October, 2025.

> W. STEPHEN MULDROW
> United States Attorney
>
> *s/ Steven Liong-Rodríguez*
> Steven Liong-Rodríguez
> Special Assistant United States Attorney USDC No. 303011
> United States Attorney's Office Torre Chardón, Suite 1201
> 350 Carlos Chardón Ave. San Juan, PR 00918
> Tel. (787) 282-1850
> steven.liong-rodriguez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing motion has been filed with the Clerk of the Court who would notify to the attorneys of record in this case.

> *s/ Steven Liong-Rodriguez*
> **Steven Liong-Rodriguez**
> Special Assistant U.S. Attorney